# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC. | CASE NO. CV11-07123 DMG (VBKx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING FEDERAL INSURANCE COMPANY'S EX PARTE APPLICATION TO PERMIT BOTH PARTIES TO SUBMIT SUPPLEMENTAL BRIEFING REGARDING <u>HEALTH NET, INC. v. RLI INS. CO.</u>** |
| vs. | |
| FEDERAL INSURANCE COMPANY, and DOES 1 through 10, | |
| Defendants. | |
| | Hon. Dolly M. Gee |
| | Courtroom 7 |
| | Complaint Filed: July 22, 2011 |
| | Removal Date: August 29, 2011 |
| | Trial Date: None Set |

1  The Court having considered Defendant Federal Insurance Company's Ex Parte
2  Application to Permit Both Parties to Submit Supplemental briefing regarding <u>Health
3  Net, Inc. v. RLI Ins. Co.</u>, and good cause appearing therefor, hereby GRANTS the
4  application. The parties shall have until _____, 2012 to submit supplemental
5  briefs (of not more than five pages in length) addressing the impact of <u>Health Net, Inc.
6  v. RLI Ins. Co.</u>, 266 Cal.App.4th 232 (2012) on the parties' cross-motions for summary
7  judgment.

9  Dated: _____

    _____
11  UNITED STATES DISTRICT COURT JUDGE

1