JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, | Case No. CV 11-07123 DMG (VBKx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FEDERAL INSURANCE COMPANY, et al., | |
| Defendants. | |

Pursuant to the Court's July 11, 2013 Order granting Defendant Federal Insurance Company's Motion for Summary Judgment and denying Plaintiff Screen Actors Guild – American Federation of Television and Radio Artists' Motion for Summary Judgment,

//
//
//
//
//
//
//
//

1
2
3
4     **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** judgment is entered in favor of Defendant Federal Insurance Company and against Plaintiff Screen Actors Guild – American Federation of Television and Radio Artists, which shall take nothing.

5
6     DATED: July 11, 2013

7                                              _____
8                                              DOLLY M. GEE
                                               UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28